McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
WYETH MCADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE GLAVAS, | Case No.: 2:18-cv-02076-DMC |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND** |
| vs. | **PROPOSED ORDER** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between Michelle Glavas (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file her Opposition to Plaintiff's Opening Brief. The current due date is January 28, 2019. The new date will be February 27, 2019. All other deadlines will extend accordingly.

    Defense counsel needs an extension of time because she needs more time to draft the response, go through the necessary in-house reviews for newer attorneys, and manage her other

cases. This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court for any inconvenience this delay may cause.

This is Defendant's first request for an extension.

Respectfully submitted,

Dated: January 24, 2019　　McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ S. Wyeth McAdam*
S. WYETH MCADAM
Special Assistant United States Attorney
Attorneys for Defendant


　*/s/　Karl E. Osterhout*
KARL E. OSTERHOUT
Attorney for Plaintiff
Osterhout Disability Law, LLC
(*As authorized via e-mail on January 24, 2019)

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE FEBRUARY 27, 2019.

Dated: January 29, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE